IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID YOUNGER,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 22-1027 |
| **THE GEORGE SCHOOL,** | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this 17th day of April, 2024, upon consideration of Defendant, The George School's Motion for Summary Judgment (ECF No. 16), and Plaintiff, David Younger's response in opposition, it is hereby **ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**